JERSEY CITY REDEVELOPMENT AGENCY, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, AND NEWPORT ASSOCIATES DEVELOPMENT COMPANY, PLAINTIFF–INTERVENOR–APPELLANT, v. TUG AND BARGE URBAN RENEWAL CORPORATION, A NEW JERSEY CORPORATION; STATE OF NEW JERSEY; AND STATE OF NEW JERSEY THROUGH THE TIDELANDS RESOURCE COUNCIL IN THE DIVISION OF COASTAL RESOURCES IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION, DEFENDANTS–RESPONDENTS, AND GENERAL ELECTRIC CREDIT CORPORATION, A NEW YORK CORPORATION; UNITED STATES TRUST COMPANY OF NEW YORK; CITY OF JERSEY CITY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY; JERSEY CITY SEWERAGE AUTHORITY, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY; AND TUG & BARGE DRY DOCKS, INC., A NEW JERSEY CORPORATION, DEFENDANTS.

JERSEY CITY REDEVELOPMENT AGENCY, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY, ET AL., PLAINTIFFS–APPELLANTS, v. TUG AND BARGE URBAN RENEWAL CORPORATION, A NEW JERSEY CORPORATION, ET AL., DEFENDANTS–RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued January 19, 1988—Decided February 8, 1988.

Before Judges MICHELS, GAYNOR and ARNOLD M. STEIN.

*John J. Curley* argued the cause for appellant Jersey City Redevelopment Agency (*Lepis, Lepis & Curley,* attorneys; *John J. Curley,* on the brief).

*Kenneth N. Laptook* argued the cause for appellant Newport Associates Development Company (*Kimmelman, Wolff & Samson,* attorneys; *Ronald E. Wiss,* on the brief).

*Dennis J. Drasco* argued the cause for respondent Tug & Barge Urban Renewal Corporation (*Lum, Hoens, Abeles, Conant & Danzis,* attorneys; *Dennis J. Drasco,* of counsel, and *Dennis B. O'Brien,* on the brief).

*William E. Andersen,* Deputy Attorney General, argued the cause for respondent State of New Jersey (*W. Cary Edwards,* Attorney General, attorney; *James J. Ciancia,* Assistant Attorney General, of counsel; *William E. Andersen* and *Stephen E. Brower,* Deputy Attorney General, on the brief).

PER CURIAM.

The final judgment of the Superior Court, Law Division, is affirmed substantially for the reasons set forth in the comprehensive and well-reasoned letter opinions of Judge Humphreys dated February 16, 1987 and July 2, 1987, as supplemented by his written opinion dated January 21, 1988, reported in 228 *N.J.Super.* 88 (Law Div.1988).

Affirmed.